# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATTI A CASTER    r | JUDGMENT IN A CIVIL CASE |
| v. | |
| MICHAEL J ASTRUE<br>Commissioner of Social Security Administration | CASE NUMBER: C08-5002JKA |

\_\_\_\_\_   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  XX     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court AFFIRMS the Social Security Administration's final decision and this matter is DISMISSED in favor of defendant.


|  |  |
|---|---|
| May 27, 2008 | BRUCE RIFKIN |
| | Clerk |
| | |
| | s/ D. Forbes |
| | By, Deputy Clerk |